**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In RE:

    TRACY A. HAZELTON,                                          Case No.: 17-60631
    NATALIE L. HAZELTON,                                  Chapter 7
                    Debtors.

**NOTICE OF SALE, ABANDONMENT, LEASE OR SETTLEMENT**

To:    The United States Trustee, all creditors and other parties in interest.

On September 10, 2019, or as soon thereafter as the transaction may be completed, the undersigned Trustee of the Estate of the Debtors named above will abandon property of the Estate as follows:

    The Trustee will abandon the bankruptcy estate's interest in the following companies in which the Debtor has, or had, an interest, and the loans the Debtors gave to the companies:

    1.    H&H Transport, LLC, listed as insolvent on the day of the bankruptcy filing with no value;

    2.    Hazelton Land Co., LLC, listed as insolvent on the day of the bankruptcy filing with no value; and

    3.    H&S Contracting, Inc., which had ceased operations before the bankruptcy filing and listed as having no value.

    The Trustee has reviewed the financials for these businesses and has determined that there is no value for the bankruptcy estate. As such, abandonment is appropriate.

OBJECTION: MOTION: HEARING. Under the applicable rules, any objection must be in writing, be delivered to the Trustee and the United States Trustee, and be filed with the Clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the Trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the Court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the Trustee with notice by the Trustee to the objecting party and the United States Trustee.

| Clerk of Court | United States Trustee | Trustee |
| --- | --- | --- |
| United States Bankruptcy Court | 1015 US Courthouse | (see address below) |
| 515 W. First Street | 300 South 4th Street | |
| Room 404 | Minneapolis, MN 55415 | |
| Duluth, MN 55802 | | |

Dated: August 16, 2019                                /e/ David G. Velde
                                                            David G. Velde, Trustee
                                                            1118 Broadway
                                                            Alexandria, MN 56308
                                                            (320) 763-6561

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  TRACY A HAZELTON<br>NATALIE L HAZELTON | CASE NO: 17-60631<br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 8/16/2019, I did cause a copy of the following documents, described below,

NOTICE OF SALE

NOTICE OF ABANDONMENT

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/16/2019

/s/ DAVID G. VELDE, TRUSTEE
DAVID G. VELDE, TRUSTEE

4290 COUNTY ROAD 38 NE
ALEXANDRIA, MN  56308
320 763 6561

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: TRACY A HAZELTON<br>NATALIE L HAZELTON | CASE NO: 17-60631<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7 |

On 8/16/2019, a copy of the following documents, described below,

NOTICE OF SALE

NOTICE OF ABANDONMENT

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/16/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
DAVID G. VELDE, TRUSTEE

4290 COUNTY ROAD 38 NE
ALEXANDRIA, MN  56308

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br>LABEL MATRIX FOR LOCAL NOTICING<br>08646<br>CASE 17-60631<br>DISTRICT OF MINNESOTA<br>FERGUS FALLS<br>FRI AUG 16 11-01-23 CDT 2019 | ALLY FINANCIAL INC<br>RIEZMAN BERGER PC<br>7700 BONHOMME 7TH FLOOR<br>ST LOUIS MO 63105-1960 | ASSOCIATED BANK NATIONAL ASSOCIATION<br>CO WINTHROP  WEINSTINE PA<br>ATTN- DANIEL C BECK<br>225 SOUTH SIXTH STREET<br>SUITE 3500<br>MINNEAPOLIS MN 55402-4629 |
| JOHN DEERE CONSTRUCTION  FORESTRY COMPANY<br>6400 NW 86TH ST<br>JOHNSTON IA 50131-2945 | KING ELECTRIC LLC<br>CO TURMAN  LANG LTD<br>505 N BROADWAY SUITE 207<br>PO BOX 110<br>FARGO ND 58107-0110 | PICKETT  DEMUTH LTD<br>115 N COURT STREET<br>FERGUS FALLS MN 56537-2106 |
| FERGUS FALLS   ST PAUL<br>200 WARREN E BURGER FEDERAL BUILDING AND<br>U S COURTHOUSE<br>316 N ROBERT ST<br>ST PAUL MN 55101-1495 | 1 29 TRUCK SHOP<br>1539 32ND AVE<br>BROOKINGS SD 57006-4731 | 3 D SPECIALTIES INC<br>PO BOX 1615<br>FARGO 58107-1615 |
| A 1 AUTOMOTIVE SERVICE<br>2627 16TH AVENUE S<br>MOORHEAD MN 56560-3825 | ACME TOOLS<br>PO BOX 13720<br>GRAND FORKS ND 58208-3720 | ADVANCE GARAGE DOOR INC<br>PO BOX 3011<br>FARGO ND 58108-3011 |
| ADVANCED STRIPINGSEALCOATING<br>4711 6TH ST W<br>WEST FARGO ND 58078-4600 | AGC OF ND<br>PO BOX 1624<br>BISMARCK ND 58502-1624 | AGGREGATE INDUSTRIES<br>800 HOLIDAY DRIVE<br>UNIT 240<br>MOORHEAD MN 56560-4400 |
| AGGREGATE INDUSTRIES MWR INC<br>HALPERN LAW FIRM PLLC<br>10 SOUTH FIFTH ST STE 400<br>MPLS MN 55402-1021 | AGGREGATE INDUSTRIES INC<br>28098 NETWORK PLACE<br>CHICAGO IL 60673-1280 | ALLY<br>PO BOX 9001948<br>LOUISVILLE KY 40290-1948 |
| AMERICAN ENTERPRISES<br>310 7TH STREET NW<br>WEST FARGO ND 58078-1165 | AMERICAN LOGISTICS<br>PO BOX 7005<br>FARGO ND 58106-7005 | ANYTIME MOBILE TRUCK SERVICE<br>1920 25TH ST SOUTH<br>MOORHEAD MN 56560-3859 |
| ASSOCIATED BANK<br>WINTHROP  WESINSTINE PA<br>225 SOUTH SIXTH ST STE 3500<br>MINNEAPOLIS MN 55402-4629 | ASSOCIATED BENEFITS  RISK<br>7555 MARKET PLACE DR<br>EDEN PRAIRIE MN 55344-3637 | ALLY BANK<br>PO BOX 130424<br>ROSEVILLE MN 55113-0004 |
| AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | ASSOCIATED BANK NATIONAL ASSOCIATION<br>WINTHROP  WEINSTINE PA MAR<br>225 SOUTH SIXTH STREET SUITE 3500<br>MINNEAPOLIS MN 55402-4629 | BL PLUMBING  EXCAVATING<br>409 5TH AVE E<br>LISBON ND 58054-4651 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
BARTON SAND  GRAVEL CO              BAUER BUILT INC                    BECKER COUNTY COURTHOUSE
PO BOX 1480                         902 38TH ST N                      913 LAKE AVE
MAPLE GROVE MN 55311-6480           FARGO ND 58102-2914                DETROIT LAKES MN 56501-3403




BELL STATE BANK                     BEMOBILE                           BERTS TRUCK EQUIPMENT INC
3100 13TH AVE SOUTH                 3350 13TH AVE S                    PO BOX 336
FARGO ND 58103-3507                 FARGO ND 58103-3576                MOORHEAD MN 56561-0336




BIERSCHBACH EQUIPMENT               BIG CHIEF INC                      BLUE CROSS BLUE SHIELD OF ND
PO BOX 1444                         22518 BIG CHIEF ROAD               PO BOX 6005
SIOUX FALLS SD 57101-1444           FERGUS FALLS MN 56537-8211         FARGO ND 58108-6005




BOHNENKAMP CONSTRUCTION             BORDER STATES PAVING INC           BRAUN INTERTEC CORPORATION
PO BOX 455                          PO BOX 2586                        NW 7644
557 HWY 13 EAST                     FARGO ND 58108-2586                PO BOX 55485-1450
GWINNER ND 58040-0455




BRENCO CORPORATION                  BROCK WHITE CONST MATERIALS        BUTLER MACHINERY COMPANY
PO BOX 240                          1425 41ST NW                       PO BOX 9559
WEST FARGO ND 58078-0240            FARGO ND 58102-2822                FARGO ND 58106-9559




BELL BANK                           CABLE ONE                          CAPITAL ONE NA
FKA BELL STATE BANK  TRUST          PO BOX 790408                      PO BOX 71067
3100 13TH AVE S                     PHOENIX AZ 85062                   CHARLOTTE NC 28272
FARGO ND 58103-3507




US BANK                             CATEPILLAR FINANCIAL               CELLULAR COMMUNICATIONS INC
PO BOX 5229                         PO BOX 905010                      PO BOX 9858
CINCINNATI OH 45201-5229            CHARLOTTE NC 28290-5010            FARGO ND 58106-9858




CERTIFIED LABORATORIES              CHS NORTHERN PLAINS                CITY OF LAKE PARK
23261 NETWORK PLACE                 PO BOX 155                         PO BOX 239
CHICAGO IL 60673-1232               ASHLEY ND 58413-0155               LAKE PARK MN 56554-0239




CITY OF MOORHEAD                    CLAY COUNTY COURTHOUSE             CNH INDUSTRIAL CAPITAL AMERICA
PO BOX 779                          807 11T STREET NORTH               PO BOX 3600
MOORHEAD MN 56561-0779              MOORHEAD MN 56560-2069             LANCASTER PA 17604-3600
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

Case 17-60631    Doc 58    Filed 08/16/19    Entered 08/16/19 11:19:23    Desc Main
Document    Page 6 of 12

```
COMENITY                         COPY KAT PRINTING INC            COUGAR TREE CARE INC
PO BOX 659569                    1624 MAIN AVE S                  8104 GEMINI CIRCLE
SAN ANTONIO TX 78265-9569        MOORHEAD MN 56560-3066           FARGO ND 58104-7906


CAPITAL ONE BANK USA NA          DAKOTA FENCE                     DAKOTA FENCE
PO BOX 71083                     1110 25TH AVE N                  PO BOX 1408
CHARLOTTE NC 28272-1083          FARGO ND 58102-1897              FARGO ND 58107-1408


DAKOTA HOSE  FITTINGS LP         DAKOTA SUPPLY GROUP              DAKOTA SUPPLY GROUP INC
PO BOX 2220                      PO BOX 2886                      2601 3RD AVE NORTH
FARGO ND 58108-2220              MINNEAPOLIS MN 55402-0886        FARGO ND 58102-4016


DAKOTALAND AUTOGLASS INC         DAVIDSON CONSTRUCTION INC        DEANS BULK SERVICE INC
4502 15TH AVE N SUITE B          65 STATE ST                      PO BOX 249
FARGO ND 58102-2866              NEWFOLDEN MN 56738-3000          BARNESVILLE MN 56514-0249


DICKEY RURAL NETWORKS            DOUG MJOLNESS CONSTRUCTION       DYLAN THOMPSON
PO BOX 69                        11557 HWY 10                     1402 13TH ST W APT 308
ELLENDALE ND 58436-0069          GLYNDON MN 56547-9587            WEST FARGO ND 58078-4830


ECLIPTIC TECHNOLOGIES INC        EL ZAGAL SHRINE CIRCUS           EQUIP TRANS SAND  GRAVEL INC
403 CENTER AVE STE 704           1429 N 3RD ST                    CONCEPT FINANCIAL GROUP
MOORHEAD MN 56560-1947           FARGO ND 58102-2743              PO BOX 490700
                                                                  MINNEAPOLIS MN 55449-0700


EVCO PETROLEUM PRODUCTS INC      FARGO PARTS AND EQUIPMENT INC    FARMERS UNION OIL
PO BOX 1726                      4408 MAIN AVENUE                 PO BOX 373
DETROIT LAKES MN 56502-1726      FARGO ND 58103-1130              THIEF RIVER FALLS MN 56701-0373


FARSTAD OIL INC                  FASTENAL COMPANY                 FERGUSON WATERWORKS
NE 7948                          PO BOX 978                       PO BOX 802817
PO BOX 1450                      WINONA MN 55987-0978             CHICAGO IL 60680-2817
MINNEAPOLIS MN 55485-1450


FISHER SAND  GRAVEL CO           FM BUILDERS EXCHANGE             FM DRAPERIES LLC
PO BOX 1034                      PO BOX 10076                     302 US 75
DICKINSON ND 58602-1034          FARGO ND 58106-0076              MOORHEAD MN 56560-2474
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| FORD CREDIT<br>PO BOX 552679<br>DETROIT MI 48255-2679 | FORTERRA BUILDING PRODUCTS<br>PO BOX 74008199<br>CHICAGO IL 60674-8199 | FOUR SEASONS ENTERPRISES<br>PO BOX 7037<br>FARGO ND 58106-7037 |
| FRAN HEITKAMP<br>PO BOX 9057<br>FARGO ND 58106-9057 | FRANCIS J HEITKAMP<br>5635 COUNTY RD 3<br>KINDRED ND 58051-9523 | FREDRIKSON  BYRON PA<br>200 S 6TH ST<br>STE 4000<br>MINNEAPOLIS MN 55402-1425 |
| FIRST BANKCARD<br>PO BOX 2557<br>OMAHA NE 68103-2557 | FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE STREET STOP CODE 3105<br>OMAHA NE 68197-0002 | GK SERVICES<br>PO BOX 824385<br>BOSTON MA 02284 |
| GENERAL EQUIP SUPPLIES INC<br>PO BOX 2145<br>FARGO ND 58107-2145 | GM FINANCIAL<br>PO BOX 79143<br>PHOENIX AZ 85062-9143 | HH TRANSPORT LLC<br>PO BOX 186<br>MOORHEAD MN 56561-0186 |
| HS CONTRACTING INC<br>1506 MAIN AVE 105<br>MOORHEAD MN 56560-3053 | HAMRE REPAIR LLC<br>4516 ADAMS DR<br>FARGO ND 58102-5416 | HANSEN BROS FENCE<br>319 ULYSSES ST NE<br>MINNEAPOLIS MN 55413-2602 |
| HARVEY SAND  GRAVEL INC<br>PO BOX 213<br>HARVEY ND 58341-0213 | HCSS<br>1351 W AIRPORT BLVD<br>SUGAR LAND TX 77478 | HEARTLAND PROFESSIONAL CENTRE<br>1506 MAIN AVE SUITE 101<br>MOORHEAD MN 56560-3053 |
| HIGH POWER CRANE INC<br>PO BOX 183<br>WEST FARGO ND 58078-0183 | HOME BUILDERS ASSOC<br>OF FARGO MOORHEAD<br>1802 32ND AVE SOUTH<br>FARGO ND 58103-6747 | HOUSTON ENGINEERING INC<br>1401 21ST AVE NORTH<br>FARGO ND 58102-1814 |
| HOUSTON ENGINEERING INC<br>1401 21ST AVE N<br>FARGO ND 58102-1814 | INDUSTRIAL BUILDERS INC<br>PO BOX 406<br>FARGO ND 58107-0406 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JR LARSON GROUNDS MAINTENANCE<br>21716 KENRICK AVE STE 5<br>LAKEVILLE MN 55044-8039 | JD KRAEMER ENTERPRISES LLC<br>PO BOX 2303<br>FARGO ND 58108-2303 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
JDP ELECTRIC INC                  CJESSE KRUMP TRUCKING              JIFFY JONS INC
803 28TH ST S                     312 3RD ST SW                      PO BOX 310
FARGO ND 58103-2364               HANKINSON ND 58041-4432            PELICAN RAPIDS MN 56572-0310




JIM AND LESLIE SULLIVAN           JIMMY JOHNNYS INC                  JOBSHQ
CO GREG ANDERSON  BROKER          39578 GRAND AVENUE                 PO BOX 6024
11737 COUNTY HIGHWAY 5            NORTH BRANCH MN 55056-5007         FARGO ND 58108-6024
LAKE PARK MN 56554-9145




JOHN DEERE FINANCIAL              JOHNSEN TRAILER SALES INC          JOHNSON JET LINE INC
PO BOX 4450                       PO BOX 1516                        16275 HWY 27 WEST
CAROL STREAM IL 60197-4450        BISMARCK ND 58502-1516             KENSINGTON MN 56343-8231




JR TRANSPORT                      KW BORING INC                      KALER DOELING PLLP
1009 3RD AVE NE 104               15501 W HIGHWAY 31                 PO BOX 9231
DILWORTH MN 56529-2102            SPRINGFIELD NE 68059-4857          FARGO ND 58106-9231




KEY CONTRACTING INC               KINETIC LEASING INC                KING ELECTRIC LLC
245 7TH AVE NE                    PO BOX 9785                        7613 UNIVERSITY DR S
WEST FARGO ND 58078-1002          FARGO ND 58106-9785                FARGO ND 58104-8016




KODRU EQUIPMENT INC               KOMATSU FINANCIAL LIMITED PARTNERSHIP   KOTACO FUEL  PROPANE
3650 N CHESTNUT ST                1701 W GOLF ROAD SUITE 1300             1902 7TH AVE N
CHASKA MN 55318-3044              ROLLING MEADOWS IL 60008-4208           FARGO ND 58102-3206




KING ELECTRIC LLC                 LABORERS FRINGE BENEFIT FUNDS      LAKESHORE RV PARK INC
TURMAN  LANG LTD                  PO BOX 124                         39445 LAKESHORE RV PARK RD
ATTN- KATRINA TURMAN LANG         MINNEAPOLIS MN 55440-0124          ORTONVILLE MN 56278-3203
PO BOX 110
FARGO ND 58107-0110




LAMPERT YARDS US LBM LLC          LANDMARK COMPANIES                 LARSON HELICOPTERS INC
4115 32ND AVE SW                  302 HWY 75 N                       PO BOX 186
FARGO ND 58104-8609               MOORHEAD MN 56560-2474             PERHAM MN 56573-0186




LESMEISTER GRAVEL INC             LG EVERIST INC                     LOCAL 49 FRINGE FUNDS
7733 134TH AVE SE                 PO BOX 86                          PO BOX 313
LISBON ND 58054-9420              MINNEAPOLIS MN 55486-0086          MINNEAPOLIS MN 55440-0313
```

PARTIES DESIGNATED AS "**NOT SERVED**" WERE NOT SERVED THROUGH FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
LUTHER FORD                     LAMPERT YARDS   US LBM LLC      MJ AUTO PARTS INC
3302 36TH ST S                  1850 COMO AVENUE                2301 MAIN AVE
FARGO ND 58104-5181             ST PAUL MN 55108-2715           FARGO ND 58103-1399


MACS INC                        MARK HENRY                      MARTIN OIL CO
5979 50TH AVE S                 1218 18TH STREET S              PO BOX 1
MOORHEAD MN 56560               MOORHEAD MN 56560-3127          BROOKINGS SD 57006-0001


MELISSA TRONSON                 MELLISSA JACOBSON               MERCHANTS BANK EQUIP FINANCE
302 14TH ST S                   2633 7TH STREET W               MESSERLI   KRAMER PA
MOORHEAD MN 56560-2956          WEST FARGO ND 58078-3064        100 S FIFTH ST STE 1400
                                                                MINNEAPOLIS MN 55402-1217


MIDWEST LANDSCAPING             MILLER AIR CONSTRUCTION         MINNEAPOLIS CONCRETE RECYCLER
PO BOX 7034                     425 MAUST WAY                   8297 BROOKLYN BLVD STE 2
FARGO ND 58106-7034             HORACE ND 58047-4519            MINNEAPOLIS MN 55445-2301


MN CHILD SUPPORT CENTER         MN DEPT OF EMPLOYMENT   ECON    MOORHEAD PUBLIC SERVICE
PO BOX 64306                    332 MINNESOTA STREET            PO BOX 779
SAINT PAUL MN 55164-0306        STE E200                        MOORHEAD MN 56561-0779
                                SAINT PAUL MN 55101-1349


MUTUAL OF OMAHA                 NARDINI FIRE EQUIPMENT          NELSON INTERNATIONAL
PO BOX 36469                    PO BOX 9707                     PO BOX 2532
NEWARK NJ 07188-6406            FARGO ND 58106-9707             FARGO ND 58108-2532


NELSON LEASING                  NETWORK CENTER COMMUNICATION    NORMAN COUNTY HIGHWAY DEPT
PO BOX 993                      2536 W MAIN AVE                 814 EAST MAIN STREET
WILLMAR MN 56201-0993           WEST FARGO ND 58078-1310        ADA MN 56510-1318


NORTH DAKOTA CHILD SUPPORT      NORTH STAR TRUCK WASH INC       NORTHERN ENGINE   SUPPLY INC
PO BOX 7280                     990 35TH ST N                   PO BOX 16285
BISMARCK ND 58507-7280          FARGO ND 58102-3089             DULUTH MN 55816-0285


NORTHERN GEOTEXTILES INC        NORTHERN PLAINS CONTRACTING     NORTHSTAR SAFETY INC
2714 MAIN AVE                   PO BOX 10                       794 WEST MAIN AVE
FARGO ND 58103-6819             WOLVERTON MN 56594-0010         WEST FARGO ND 58078-1124
```

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

NORTH CENTRAL RENTAL  LEASING LLC      OBERG CONTRACTING LLC                  OBERG CONTRACTING LLC
PO BOX 9559                            3686 80TH ST N                         7726 43RD AVE N
FARGO ND 58106-9559                    GLYNDON MN 56547-9421                  GLYNDON MN 56547-9422



ODAY EQUIPMENT                         OPATRIL CONCRETE CONSTRUCTION          OTTOS WELDING  MACHINE SHOP
PO BOX 2706                            2635 20TH AVE S                        1920 SOUTH 23RD ST
FARGO ND 58108-2706                    MOORHEAD MN 56560-5925                 MOORHEAD MN 56560-3899



PARAS CONTRACTING INC                  PEMBERTON LAW FIRM                     PERSONAL TOUCH INC
PO BOX 9973                            110 N MILL STREET                      2600 24TH AVE S
FARGO ND 58106-9973                    FERGUS FALLS MN 56537-2135             MOORHEAD MN 56560-5907



PFAU STEEL BUILDING SYSTEMS            PFAU STEEL BUILDING INC                PHH MORTGAGE
800 38TH ST NW                         800 38TH ST NW                         PO BOX 5452
FARGO ND 58102-2959                    FARGO ND 58102-2959                    MOUNT LAUREL NJ 08054-5452



PREMIUM WATERS                         PRO LANDSCAPERS LLC                    PRODUCTIVITY PLUS ACCOUNT
4402 2ND AVE S 2                       1841 43RD ST N STE B                   DEPT 93
FARGO ND 58103-1017                    FARGO ND 58102-2826                    PO BOX 688912
                                                                              DES MOINES IA 50368-8912



PROLANDSCAPERS LLC                     PORTFOLIO RECOVERY ASSOCIATES LLC      QUANTUM3 GROUP LLC AS AGENT FOR
1841 43RD ST N STE B 58102-2826        PO BOX 41067                           COMENITY BANK
FARGO ND 58102-2826                    NORFOLK VA 23541-1067                  PO BOX 788
                                                                              KIRKLAND WA 98083-0788



R J ZAVORAL  SONS INC                  RADIO CONNECTIONS INC                  RALPH T MAHLER
1706 BYGLAND RD SE                     1909 27TH ST S UNIT B                  10402 SW TOWNLINE ROAD
P O BOX 435                            MOORHEAD MN 56560-3850                 PELICAN RAPIDS MN 56572-9323
EAST GRAND FORKS MN 56721-0435



RDO EQUIPMENT CO                       REARDON OFFICE EQUIPMENT               REINER CONTRACTING INC
PO BOX 7160                            PO BOX 128                             21541 HWY 7 WEST
FARGO ND 58106-7160                    MOORHEAD MN 56561-0128                 HUTCHINSON MN 55350-4340



RICHARD BAKKEN                         RISBERG                                RIVER BEND INDUSTRIES
1703  13TH ST                          PO BOX 954                             2421 16 AVE S
MOORHEAD MN 56560-3736                 WEST FARGO ND 58078-0954               MOORHEAD MN 56560-3806
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
ROCK SOILD MASONRY INC              RP CAPITAL CORPORATION              SABIN C STORE
2508 WILLOW RD N                    5810 W 78TH ST STE 175              PO BOX 156
FARGO ND 58102-2137                 BLOOMINGTON MN 55439-2614           SABIN MN 56580-0156


SAMS CLUB MCSYNCB                   SUNTRUST BANK                       SYNCHRONY BANK
PO BOX 960013                       PO BOX 791144                       PO BOX 960061
ORLANDO FL 32896-0013               BALTIMORE MD 21279-1144             ORLANDO FL 32896-0061


STATE OF MINNESOTA                  SYNCHRONY BANK                      TEEJAY STEVENS
DEPT OF REVENUE                     CO PRA RECEIVABLES MANAGEMENT LLC   7006 3RD STREET
PO BOX 64447 - BKY                  PO BOX 41021                        LAKE PARK MN 56554-4231
ST PAUL MN 55164-0447               NORFOLK VA 23541-1021


THE GUARANTEE COMPANY               THE HANOVER INSURANCE GROUP         THREE RIVERS TRANSPORT
JOSEPH NILAN                        PO BOX 580045                       678 21ST AVE NORTH
100 WASHINGTON AVE S STE 1550       CHARLOTTE NC 28258-0045             WAHPETON ND 58075-3027
MINNEAPOLIS MN 55401-2154


TOWN  COUNTRY OIL CO                TRUCK LICENSING                     TWIN VALLEY TIRE INC
PO BOX 559                          4141 38TH ST SW SUITE B             516 WEST 4TH AVE
MOORHEAD MN 56561-0559              FARGO ND 58104-6919                 MILBANK SD 57252-2201


THE GUARANTEE COMPANY OF NORTH AMERICA   ULTIMATE TRANSPORTATION        UNITED RENTALS INC
USA                                      492 36TH ST SW                 PO BOX 840514
CO GREGERSON ROSOW JOHNSON  NILAN LTD    FARGO ND 58103-2220            DALLAS TX 75284-0514
100 WASHINGTON AVE S SUITE 1550
MINNEAPOLIS MN 55401-2154


EXCLUDE                             VERIZON WIRELESS                    VERN WHITTEN PHOTOGRAPHY
US TRUSTEE                          PO BOX 25505                        1518 7TH STREET SOUTH
1015 US COURTHOUSE                  LEHIGH VALLEY PA 18002-5505         FARGO ND 58103-4232
300 S 4TH ST
MINNEAPOLIS MN 55415-3070


VICTOR MARICHALAR                   VOGEL LAW FIRM LTD                  WALLWORK TRUCK CENTER
2830 7TH W APT 308                  PO BOX 1389                         PO BOX 1819
WEST FARGO ND 58078-6917            FARGO ND 58107-1389                 FARGO ND 58107-1819


WASTE MANAGEMENT                    WELLS FARGO BANK                    WELLS FARGO EQUIPMENT FINANCE
PO BOX 4648                         600 S 4TH ST 13TH FLOOR             NW8178
CAROL STREAM IL 60197-4648          MINNEAPOLIS MN 55415-1526           PO BOX 4648
                                                                        MINNEAPOLIS MN 55485-0001
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| WEST CENTRAL INITIATIVE<br>1000 WESTERN AVE<br>FERGUS FALLS MN 56537-4805 | WESTERN NATIONAL INS GROUP<br>PO BOX 59184<br>MINNEAPOLIS MN 55459-0184 | WEX BANK<br>PO BOX 6293<br>CAROL STREAM IL 60197-6293 |
| WINZER<br>PO BOX 671482<br>DALLAS TX 75267-1482 | WORKFORCE SAFETY  INSURANCE<br>CO BANK OF NORTH DAKOTA<br>PO BOX 5550<br>BISMARCK ND 58506-5550 | XCEL ENERGY<br>PO BOX 9477<br>MINNEAPOLIS MN 55484-0001 |
| ZIEGLER INC<br>SDS 120436<br>PO BOX 86<br>MINNEAPOLIS MN 55486-0086 | ~~EXCLUDE~~<br>~~DAVID G VELDE~~<br>~~1110 BROADWAY~~<br>~~ALEXANDRIA MN 56308-2530~~ | NATALIE L HAZELTON<br>4433 4TH ST S<br>MOORHEAD MN 56560-6739 |
| RYAN MURPHY<br>FREDRIKSON  BYRON PA<br>200 S SIXTH STREET<br>SUITE 4000<br>MINNEAPOLIS MN 55402-1425 | DEBTOR<br>TRACY A HAZELTON<br>4433 4TH ST S<br>MOORHEAD MN 56560-6739 | |