**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In RE:

    TRACY A. HAZELTON,                       Case No.: 17-60631
    NATALIE L. HAZELTON,                Chapter 7
              Debtors.

**NOTICE OF SALE, ABANDONMENT, LEASE OR SETTLEMENT**

To:    The United States Trustee, all creditors and other parties in interest.

On September 10, 2019, or as soon thereafter as the transaction may be completed, the undersigned Trustee of the Estate of the Debtors named above will sell property of the Estate as follows:

A.    The Trustee will sell to the Debtors for $1,505.37, the bankruptcy estate's interest in the following assets:

    1.    Cash on hand  with a petition value of $31.00;
    2.    Checking account balances of $874.34; and
    3.    Shotgun  with a petition value of $600.00.

    The Debtors have paid the estate in full for these assets. Given that the costs of collection and resale are being avoided, the Trustee believes this sale to be in the best interest of the bankruptcy estate.

B.    The Trustee will sell to the Debtors for $50,308.61, the bankruptcy estate's interest in HHE, LLC. The Debtor owned 50% of the company. The estate received checks totaling $50,308.61 to close out the Debtors' interest in the company, along with copies of the invoices and checking account statements to verify the balances paid.

OBJECTION: MOTION: HEARING. Under the applicable rules, any objection must be in writing, be delivered to the Trustee and the United States Trustee, and be filed with the Clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the Trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the Court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the Trustee with notice by the Trustee to the objecting party and the United States Trustee.

| Clerk of Court | United States Trustee | David G. Velde, Trustee |
|---|---|---|
| United States Bankruptcy Court | 1015 US Courthouse | 1118 Broadway |
| 515 W. First Street | 300 South 4th Street | Alexandria, MN 56308 |
| Room 404 | Minneapolis, MN 55415 | (320) 763-6561 |
| Duluth, MN 55802 | | |

Dated: August 16, 2019                      /e/ David G. Velde, Trustee

T:\BMSW\QUIKDOCS\17-60631\17-60631 Sale to Debtors 1-10-18.wpd

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

IN RE:  TRACY A HAZELTON
         NATALIE L HAZELTON

CASE NO: 17-60631

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 7

---

On 8/16/2019, I did cause a copy of the following documents, described below,

NOTICE OF SALE

NOTICE OF ABANDONMENT

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 8/16/2019

/s/ DAVID G. VELDE, TRUSTEE
DAVID G. VELDE, TRUSTEE

4290 COUNTY ROAD 38 NE
ALEXANDRIA, MN  56308
320 763 6561

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

IN RE:  TRACY A HAZELTON
          NATALIE L HAZELTON

CASE NO: 17-60631

**CERTIFICATE OF SERVICE
DECLARATION OF MAILING**

Chapter: 7

On 8/16/2019, a copy of the following documents, described below,

NOTICE OF SALE

NOTICE OF ABANDONMENT

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 8/16/2019

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
DAVID G. VELDE, TRUSTEE

4290 COUNTY ROAD 38 NE
ALEXANDRIA, MN  56308

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| CASE INFO | ALLY FINANCIAL INC | ASSOCIATED BANK NATIONAL ASSOCIATION |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING | RIEZMAN BERGER PC | CO WINTHROP  WEINSTINE PA |
| 08646 | 7700 BONHOMME 7TH FLOOR | ATTN- DANIEL C BECK |
| CASE 17-60631 | ST LOUIS MO 63105-1960 | 225 SOUTH SIXTH STREET |
| DISTRICT OF MINNESOTA | | SUITE 3500 |
| FERGUS FALLS | | MINNEAPOLIS MN 55402-4629 |
| FRI AUG 16 11-01-23 CDT 2019 | | |

| JOHN DEERE CONSTRUCTION  FORESTRY COMPANY | KING ELECTRIC LLC | PICKETT  DEMUTH LTD |
|---|---|---|
| 6400 NW 86TH ST | CO TURMAN  LANG LTD | 115 N COURT STREET |
| JOHNSTON IA 50131-2945 | 505 N BROADWAY SUITE 207 | FERGUS FALLS MN 56537-2106 |
| | PO BOX 110 | |
| | FARGO ND 58107-0110 | |

| FERGUS FALLS   ST PAUL | 1 29 TRUCK SHOP | 3 D SPECIALTIES INC |
|---|---|---|
| 200 WARREN E BURGER FEDERAL BUILDING AND | 1539 32ND AVE | PO BOX 1615 |
| U S COURTHOUSE | BROOKINGS SD 57006-4731 | FARGO 58107-1615 |
| 316 N ROBERT ST | | |
| ST PAUL MN 55101-1495 | | |

| A 1 AUTOMOTIVE SERVICE | ACME TOOLS | ADVANCE GARAGE DOOR INC |
|---|---|---|
| 2627 16TH AVENUE S | PO BOX 13720 | PO BOX 3011 |
| MOORHEAD MN 56560-3825 | GRAND FORKS ND 58208-3720 | FARGO ND 58108-3011 |

| ADVANCED STRIPINGSEALCOATING | AGC OF ND | AGGREGATE INDUSTRIES |
|---|---|---|
| 4711 6TH ST W | PO BOX 1624 | 800 HOLIDAY DRIVE |
| WEST FARGO ND 58078-4600 | BISMARCK ND 58502-1624 | UNIT 240 |
| | | MOORHEAD MN 56560-4400 |

| AGGREGATE INDUSTRIES MWR INC | AGGREGATE INDUSTRIES INC | ALLY |
|---|---|---|
| HALPERN LAW FIRM PLLC | 28098 NETWORK PLACE | PO BOX 9001948 |
| 10 SOUTH FIFTH ST STE 400 | CHICAGO IL 60673-1280 | LOUISVILLE KY 40290-1948 |
| MPLS MN 55402-1021 | | |

| AMERICAN ENTERPRISES | AMERICAN LOGISTICS | ANYTIME MOBILE TRUCK SERVICE |
|---|---|---|
| 310 7TH STREET NW | PO BOX 7005 | 1920 25TH ST SOUTH |
| WEST FARGO ND 58078-1165 | FARGO ND 58106-7005 | MOORHEAD MN 56560-3859 |

| ASSOCIATED BANK | ASSOCIATED BENEFITS  RISK | ALLY BANK |
|---|---|---|
| WINTHROP  WESINSTINE PA | 7555 MARKET PLACE DR | PO BOX 130424 |
| 225 SOUTH SIXTH ST STE 3500 | EDEN PRAIRIE MN 55344-3637 | ROSEVILLE MN 55113-0004 |
| MINNEAPOLIS MN 55402-4629 | | |

| AMERICREDIT FINANCIAL SERVICS DBA GM FINAN | ASSOCIATED BANK NATIONAL ASSOCIATION | BL PLUMBING  EXCAVATING |
|---|---|---|
| PO BOX 183853 | WINTHROP  WEINSTINE PA MAR | 409 5TH AVE E |
| ARLINGTON TX 76096-3853 | 225 SOUTH SIXTH STREET SUITE 3500 | LISBON ND 58054-4651 |
| | MINNEAPOLIS MN 55402-4629 | |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| BARTON SAND  GRAVEL CO<br>PO BOX 1480<br>MAPLE GROVE MN 55311-6480 | BAUER BUILT INC<br>902 38TH ST N<br>FARGO ND 58102-2914 | BECKER COUNTY COURTHOUSE<br>913 LAKE AVE<br>DETROIT LAKES MN 56501-3403 |
| BELL STATE BANK<br>3100 13TH AVE SOUTH<br>FARGO ND 58103-3507 | BEMOBILE<br>3350 13TH AVE S<br>FARGO ND 58103-3576 | BERTS TRUCK EQUIPMENT INC<br>PO BOX 336<br>MOORHEAD MN 56561-0336 |
| BIERSCHBACH EQUIPMENT<br>PO BOX 1444<br>SIOUX FALLS SD 57101-1444 | BIG CHIEF INC<br>22518 BIG CHIEF ROAD<br>FERGUS FALLS MN 56537-8211 | BLUE CROSS BLUE SHIELD OF ND<br>PO BOX 6005<br>FARGO ND 58108-6005 |
| BOHNENKAMP CONSTRUCTION<br>PO BOX 455<br>557 HWY 13 EAST<br>GWINNER ND 58040-0455 | BORDER STATES PAVING INC<br>PO BOX 2586<br>FARGO ND 58108-2586 | BRAUN INTERTEC CORPORATION<br>NW 7644<br>PO BOX 55485-1450 |
| BRENCO CORPORATION<br>PO BOX 240<br>WEST FARGO ND 58078-0240 | BROCK WHITE CONST MATERIALS<br>1425 41ST NW<br>FARGO ND 58102-2822 | BUTLER MACHINERY COMPANY<br>PO BOX 9559<br>FARGO ND 58106-9559 |
| BELL BANK<br>FKA BELL STATE BANK  TRUST<br>3100 13TH AVE S<br>FARGO ND 58103-3507 | CABLE ONE<br>PO BOX 790408<br>PHOENIX AZ 85062 | CAPITAL ONE NA<br>PO BOX 71067<br>CHARLOTTE NC 28272 |
| US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | CATEPILLAR FINANCIAL<br>PO BOX 905010<br>CHARLOTTE NC 28290-5010 | CELLULAR COMMUNICATIONS INC<br>PO BOX 9858<br>FARGO ND 58106-9858 |
| CERTIFIED LABORATORIES<br>23261 NETWORK PLACE<br>CHICAGO IL 60673-1232 | CHS NORTHERN PLAINS<br>PO BOX 155<br>ASHLEY ND 58413-0155 | CITY OF LAKE PARK<br>PO BOX 239<br>LAKE PARK MN 56554-0239 |
| CITY OF MOORHEAD<br>PO BOX 779<br>MOORHEAD MN 56561-0779 | CLAY COUNTY COURTHOUSE<br>807 11T STREET NORTH<br>MOORHEAD MN 56560-2069 | CNH INDUSTRIAL CAPITAL AMERICA<br>PO BOX 3600<br>LANCASTER PA 17604-3600 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL SERVICE
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

COMENITY
PO BOX 659569
SAN ANTONIO TX 78265-9569

COPY KAT PRINTING INC
1624 MAIN AVE S
MOORHEAD MN 56560-3066

COUGAR TREE CARE INC
8104 GEMINI CIRCLE
FARGO ND 58104-7906

CAPITAL ONE BANK USA NA
PO BOX 71083
CHARLOTTE NC 28272-1083

DAKOTA FENCE
1110 25TH AVE N
FARGO ND 58102-1897

DAKOTA FENCE
PO BOX 1408
FARGO ND 58107-1408

DAKOTA HOSE  FITTINGS LP
PO BOX 2220
FARGO ND 58108-2220

DAKOTA SUPPLY GROUP
PO BOX 2886
MINNEAPOLIS MN 55402-0886

DAKOTA SUPPLY GROUP INC
2601 3RD AVE NORTH
FARGO ND 58102-4016

DAKOTALAND AUTOGLASS INC
4502 15TH AVE N SUITE B
FARGO ND 58102-2866

DAVIDSON CONSTRUCTION INC
65 STATE ST
NEWFOLDEN MN 56738-3000

DEANS BULK SERVICE INC
PO BOX 249
BARNESVILLE MN 56514-0249

DICKEY RURAL NETWORKS
PO BOX 69
ELLENDALE ND 58436-0069

DOUG MJOLNESS CONSTRUCTION
11557 HWY 10
GLYNDON MN 56547-9587

DYLAN THOMPSON
1402 13TH ST W APT 308
WEST FARGO ND 58078-4830

ECLIPTIC TECHNOLOGIES INC
403 CENTER AVE STE 704
MOORHEAD MN 56560-1947

EL ZAGAL SHRINE CIRCUS
1429 N 3RD ST
FARGO ND 58102-2743

EQUIP TRANS SAND  GRAVEL INC
CONCEPT FINANCIAL GROUP
PO BOX 490700
MINNEAPOLIS MN 55449-0700

EVCO PETROLEUM PRODUCTS INC
PO BOX 1726
DETROIT LAKES MN 56502-1726

FARGO PARTS AND EQUIPMENT INC
4408 MAIN AVENUE
FARGO ND 58103-1130

FARMERS UNION OIL
PO BOX 373
THIEF RIVER FALLS MN 56701-0373

FARSTAD OIL INC
NE 7948
PO BOX 1450
MINNEAPOLIS MN 55485-1450

FASTENAL COMPANY
PO BOX 978
WINONA MN 55987-0978

FERGUSON WATERWORKS
PO BOX 802817
CHICAGO IL 60680-2817

FISHER SAND  GRAVEL CO
PO BOX 1034
DICKINSON ND 58602-1034

FM BUILDERS EXCHANGE
PO BOX 10076
FARGO ND 58106-0076

FM DRAPERIES LLC
302 US 75
MOORHEAD MN 56560-2474

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

FORD CREDIT
PO BOX 552679
DETROIT MI 48255-2679

FORTERRA BUILDING PRODUCTS
PO BOX 74008199
CHICAGO IL 60674-8199

FOUR SEASONS ENTERPRISES
PO BOX 7037
FARGO ND 58106-7037


FRAN HEITKAMP
PO BOX 9057
FARGO ND 58106-9057

FRANCIS J HEITKAMP
5635 COUNTY RD 3
KINDRED ND 58051-9523

FREDRIKSON  BYRON PA
200 S 6TH ST
STE 4000
MINNEAPOLIS MN 55402-1425


FIRST BANKCARD
PO BOX 2557
OMAHA NE 68103-2557

FIRST NATIONAL BANK OF OMAHA
1620 DODGE STREET STOP CODE 3105
OMAHA NE 68197-0002

GK SERVICES
PO BOX 824385
BOSTON MA 02284


GENERAL EQUIP SUPPLIES INC
PO BOX 2145
FARGO ND 58107-2145

GM FINANCIAL
PO BOX 79143
PHOENIX AZ 85062-9143

HH TRANSPORT LLC
PO BOX 186
MOORHEAD MN 56561-0186


HS CONTRACTING INC
1506 MAIN AVE 105
MOORHEAD MN 56560-3053

HAMRE REPAIR LLC
4516 ADAMS DR
FARGO ND 58102-5416

HANSEN BROS FENCE
319 ULYSSES ST NE
MINNEAPOLIS MN 55413-2602


HARVEY SAND  GRAVEL INC
PO BOX 213
HARVEY ND 58341-0213

HCSS
1351 W AIRPORT BLVD
SUGAR LAND TX 77478

HEARTLAND PROFESSIONAL CENTRE
1506 MAIN AVE SUITE 101
MOORHEAD MN 56560-3053


HIGH POWER CRANE INC
PO BOX 183
WEST FARGO ND 58078-0183

HOME BUILDERS ASSOC
OF FARGO MOORHEAD
1802 32ND AVE SOUTH
FARGO ND 58103-6747

HOUSTON ENGINEERING INC
1401 21ST AVE NORTH
FARGO ND 58102-1814


HOUSTON ENGINEERING INC
1401 21ST AVE N
FARGO ND 58102-1814

INDUSTRIAL BUILDERS INC
PO BOX 406
FARGO ND 58107-0406

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346


INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

JR LARSON GROUNDS MAINTENANCE
21716 KENRICK AVE STE 5
LAKEVILLE MN 55044-8039

JD KRAEMER ENTERPRISES LLC
PO BOX 2303
FARGO ND 58108-2303

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

JDP ELECTRIC INC
803 28TH ST S
FARGO ND 58103-2364

CJESSE KRUMP TRUCKING
312 3RD ST SW
HANKINSON ND 58041-4432

JIFFY JONS INC
PO BOX 310
PELICAN RAPIDS MN 56572-0310

JIM AND LESLIE SULLIVAN
CO GREG ANDERSON   BROKER
11737 COUNTY HIGHWAY 5
LAKE PARK MN 56554-9145

JIMMY JOHNNYS INC
39578 GRAND AVENUE
NORTH BRANCH MN 55056-5007

JOBSHQ
PO BOX 6024
FARGO ND 58108-6024

JOHN DEERE FINANCIAL
PO BOX 4450
CAROL STREAM IL 60197-4450

JOHNSEN TRAILER SALES INC
PO BOX 1516
BISMARCK ND 58502-1516

JOHNSON JET LINE INC
16275 HWY 27 WEST
KENSINGTON MN 56343-8231

JR TRANSPORT
1009 3RD AVE NE 104
DILWORTH MN 56529-2102

KW BORING INC
15501 W HIGHWAY 31
SPRINGFIELD NE 68059-4857

KALER DOELING PLLP
PO BOX 9231
FARGO ND 58106-9231

KEY CONTRACTING INC
245 7TH AVE NE
WEST FARGO ND 58078-1002

KINETIC LEASING INC
PO BOX 9785
FARGO ND 58106-9785

KING ELECTRIC LLC
7613 UNIVERSITY DR S
FARGO ND 58104-8016

KODRU EQUIPMENT INC
3650 N CHESTNUT ST
CHASKA MN 55318-3044

KOMATSU FINANCIAL LIMITED PARTNERSHIP
1701 W GOLF ROAD SUITE 1300
ROLLING MEADOWS IL 60008-4208

KOTACO FUEL   PROPANE
1902 7TH AVE N
FARGO ND 58102-3206

KING ELECTRIC LLC
TURMAN   LANG LTD
ATTN- KATRINA TURMAN LANG
PO BOX 110
FARGO ND 58107-0110

LABORERS FRINGE BENEFIT FUNDS
PO BOX 124
MINNEAPOLIS MN 55440-0124

LAKESHORE RV PARK INC
39445 LAKESHORE RV PARK RD
ORTONVILLE MN 56278-3203

LAMPERT YARDS US LBM LLC
4115 32ND AVE SW
FARGO ND 58104-8609

LANDMARK COMPANIES
302 HWY 75 N
MOORHEAD MN 56560-2474

LARSON HELICOPTERS INC
PO BOX 186
PERHAM MN 56573-0186

LESMEISTER GRAVEL INC
7733 134TH AVE SE
LISBON ND 58054-9420

LG EVERIST INC
PO BOX 86
MINNEAPOLIS MN 55486-0086

LOCAL 49 FRINGE FUNDS
PO BOX 313
MINNEAPOLIS MN 55440-0313

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

LUTHER FORD
3302 36TH ST S
FARGO ND 58104-5181

LAMPERT YARDS   US LBM LLC
1850 COMO AVENUE
ST PAUL MN 55108-2715

MJ AUTO PARTS INC
2301 MAIN AVE
FARGO ND 58103-1399

MACS INC
5979 50TH AVE S
MOORHEAD MN 56560

MARK HENRY
1218 18TH STREET S
MOORHEAD MN 56560-3127

MARTIN OIL CO
PO BOX 1
BROOKINGS SD 57006-0001

MELISSA TRONSON
302 14TH ST S
MOORHEAD MN 56560-2956

MELLISSA JACOBSON
2633 7TH STREET W
WEST FARGO ND 58078-3064

MERCHANTS BANK EQUIP FINANCE
MESSERLI   KRAMER PA
100 S FIFTH ST STE 1400
MINNEAPOLIS MN 55402-1217

MIDWEST LANDSCAPING
PO BOX 7034
FARGO ND 58106-7034

MILLER AIR CONSTRUCTION
425 MAUST WAY
HORACE ND 58047-4519

MINNEAPOLIS CONCRETE RECYCLER
8297 BROOKLYN BLVD STE 2
MINNEAPOLIS MN 55445-2301

MN CHILD SUPPORT CENTER
PO BOX 64306
SAINT PAUL MN 55164-0306

MN DEPT OF EMPLOYMENT   ECON
332 MINNESOTA STREET
STE E200
SAINT PAUL MN 55101-1349

MOORHEAD PUBLIC SERVICE
PO BOX 779
MOORHEAD MN 56561-0779

MUTUAL OF OMAHA
PO BOX 36469
NEWARK NJ 07188-6406

NARDINI FIRE EQUIPMENT
PO BOX 9707
FARGO ND 58106-9707

NELSON INTERNATIONAL
PO BOX 2532
FARGO ND 58108-2532

NELSON LEASING
PO BOX 993
WILLMAR MN 56201-0993

NETWORK CENTER COMMUNICATION
2536 W MAIN AVE
WEST FARGO ND 58078-1310

NORMAN COUNTY HIGHWAY DEPT
814 EAST MAIN STREET
ADA MN 56510-1318

NORTH DAKOTA CHILD SUPPORT
PO BOX 7280
BISMARCK ND 58507-7280

NORTH STAR TRUCK WASH INC
990 35TH ST N
FARGO ND 58102-3089

NORTHERN ENGINE   SUPPLY INC
PO BOX 16285
DULUTH MN 55816-0285

NORTHERN GEOTEXTILES INC
2714 MAIN AVE
FARGO ND 58103-6819

NORTHERN PLAINS CONTRACTING
PO BOX 10
WOLVERTON MN 56594-0010

NORTHSTAR SAFETY INC
794 WEST MAIN AVE
WEST FARGO ND 58078-1124

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

NORTH CENTRAL RENTAL  LEASING LLC
PO BOX 9559
FARGO ND 58106-9559

OBERG CONTRACTING LLC
3686 80TH ST N
GLYNDON MN 56547-9421

OBERG CONTRACTING LLC
7726 43RD AVE N
GLYNDON MN 56547-9422

ODAY EQUIPMENT
PO BOX 2706
FARGO ND 58108-2706

OPATRIL CONCRETE CONSTRUCTION
2635 20TH AVE S
MOORHEAD MN 56560-5925

OTTOS WELDING  MACHINE SHOP
1920 SOUTH 23RD ST
MOORHEAD MN 56560-3899

PARAS CONTRACTING INC
PO BOX 9973
FARGO ND 58106-9973

PEMBERTON LAW FIRM
110 N MILL STREET
FERGUS FALLS MN 56537-2135

PERSONAL TOUCH INC
2600 24TH AVE S
MOORHEAD MN 56560-5907

PFAU STEEL BUILDING SYSTEMS
800 38TH ST NW
FARGO ND 58102-2959

PFAU STEEL BUILDING INC
800 38TH ST NW
FARGO ND 58102-2959

PHH MORTGAGE
PO BOX 5452
MOUNT LAUREL NJ 08054-5452

PREMIUM WATERS
4402 2ND AVE S 2
FARGO ND 58103-1017

PRO LANDSCAPERS LLC
1841 43RD ST N STE B
FARGO ND 58102-2826

PRODUCTIVITY PLUS ACCOUNT
DEPT 93
PO BOX 688912
DES MOINES IA 50368-8912

PROLANDSCAPERS LLC
1841 43RD ST N STE B 58102-2826
FARGO ND 58102-2826

PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

QUANTUM3 GROUP LLC AS AGENT FOR
COMENITY BANK
PO BOX 788
KIRKLAND WA 98083-0788

R J ZAVORAL  SONS INC
1706 BYGLAND RD SE
P O BOX 435
EAST GRAND FORKS MN 56721-0435

RADIO CONNECTIONS INC
1909 27TH ST S UNIT B
MOORHEAD MN 56560-3850

RALPH T MAHLER
10402 SW TOWNLINE ROAD
PELICAN RAPIDS MN 56572-9323

RDO EQUIPMENT CO
PO BOX 7160
FARGO ND 58106-7160

REARDON OFFICE EQUIPMENT
PO BOX 128
MOORHEAD MN 56561-0128

REINER CONTRACTING INC
21541 HWY 7 WEST
HUTCHINSON MN 55350-4340

RICHARD BAKKEN
1703  13TH ST
MOORHEAD MN 56560-3736

RISBERG
PO BOX 954
WEST FARGO ND 58078-0954

RIVER BEND INDUSTRIES
2421 16 AVE S
MOORHEAD MN 56560-3806

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

ROCK SOILD MASONRY INC
2508 WILLOW RD N
FARGO ND 58102-2137

RP CAPITAL CORPORATION
5810 W 78TH ST STE 175
BLOOMINGTON MN 55439-2614

SABIN C STORE
PO BOX 156
SABIN MN 56580-0156

SAMS CLUB MCSYNCB
PO BOX 960013
ORLANDO FL 32896-0013

SUNTRUST BANK
PO BOX 791144
BALTIMORE MD 21279-1144

SYNCHRONY BANK
PO BOX 960061
ORLANDO FL 32896-0061

STATE OF MINNESOTA
DEPT OF REVENUE
PO BOX 64447 - BKY
ST PAUL MN 55164-0447

SYNCHRONY BANK
CO PRA RECEIVABLES MANAGEMENT LLC
PO BOX 41021
NORFOLK VA 23541-1021

TEEJAY STEVENS
7006 3RD STREET
LAKE PARK MN 56554-4231

THE GUARANTEE COMPANY
JOSEPH NILAN
100 WASHINGTON AVE S STE 1550
MINNEAPOLIS MN 55401-2154

THE HANOVER INSURANCE GROUP
PO BOX 580045
CHARLOTTE NC 28258-0045

THREE RIVERS TRANSPORT
678 21ST AVE NORTH
WAHPETON ND 58075-3027

TOWN  COUNTRY OIL CO
PO BOX 559
MOORHEAD MN 56561-0559

TRUCK LICENSING
4141 38TH ST SW SUITE B
FARGO ND 58104-6919

TWIN VALLEY TIRE INC
516 WEST 4TH AVE
MILBANK SD 57252-2201

THE GUARANTEE COMPANY OF NORTH AMERICA
USA
CO GREGERSON ROSOW JOHNSON  NILAN LTD
100 WASHINGTON AVE S SUITE 1550
MINNEAPOLIS MN 55401-2154

ULTIMATE TRANSPORTATION
492 36TH ST SW
FARGO ND 58103-2220

UNITED RENTALS INC
PO BOX 840514
DALLAS TX 75284-0514

~~EXCLUDE~~
~~US TRUSTEE~~
~~1015 US COURTHOUSE~~
~~300 S 4TH ST~~
~~MINNEAPOLIS MN 55415-3070~~

VERIZON WIRELESS
PO BOX 25505
LEHIGH VALLEY PA 18002-5505

VERN WHITTEN PHOTOGRAPHY
1518 7TH STREET SOUTH
FARGO ND 58103-4232

VICTOR MARICHALAR
2830 7TH W APT 308
WEST FARGO ND 58078-6917

VOGEL LAW FIRM LTD
PO BOX 1389
FARGO ND 58107-1389

WALLWORK TRUCK CENTER
PO BOX 1819
FARGO ND 58107-1819

WASTE MANAGEMENT
PO BOX 4648
CAROL STREAM IL 60197-4648

WELLS FARGO BANK
600 S 4TH ST 13TH FLOOR
MINNEAPOLIS MN 55415-1526

WELLS FARGO EQUIPMENT FINANCE
NW8178
PO BOX 4648
MINNEAPOLIS MN 55485-0001

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

WEST CENTRAL INITIATIVE
1000 WESTERN AVE
FERGUS FALLS MN 56537-4805

WESTERN NATIONAL INS GROUP
PO BOX 59184
MINNEAPOLIS MN 55459-0184

WEX BANK
PO BOX 6293
CAROL STREAM IL 60197-6293

WINZER
PO BOX 671482
DALLAS TX 75267-1482

WORKFORCE SAFETY  INSURANCE
CO BANK OF NORTH DAKOTA
PO BOX 5550
BISMARCK ND 58506-5550

XCEL ENERGY
PO BOX 9477
MINNEAPOLIS MN 55484-0001

ZIEGLER INC
SDS 120436
PO BOX 86
MINNEAPOLIS MN 55486-0086

EXCLUDE
DAVID G VELDE
1110 BROADWAY
ALEXANDRIA MN 56308-2530

NATALIE L HAZELTON
4433 4TH ST S
MOORHEAD MN 56560-6739

RYAN MURPHY
FREDRIKSON  BYRON PA
200 S SIXTH STREET
SUITE 4000
MINNEAPOLIS MN 55402-1425

DEBTOR
TRACY A HAZELTON
4433 4TH ST S
MOORHEAD MN 56560-6739