**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MINNESOTA**

In RE:

    TRACY A. HAZELTON,                          Case No.: 17-60631
    NATALIE L. HAZELTON,                      Chapter 7

        Debtors.

**NOTICE OF SALE, ABANDONMENT, LEASE OR SETTLEMENT**

To:     The United States Trustee, all creditors and other parties in interest.

On October 21, 2019, or as soon thereafter as the transaction may be completed, the undersigned Trustee of the Estate of the Debtors named above will settle a controversy as follows:

    The Trustee will settle the bankruptcy estate's interest in an alleged preference to Citibank, N.A., in the amount of $1,597.16 for a payment of $1,000.00 from Citibank, N.A. Given that the cost of litigation is being avoided, the Trustee believes this settlement to be in the best interest of the bankruptcy estate.

OBJECTION: MOTION: HEARING. Under the applicable rules, any objection must be in writing, be delivered to the Trustee and the United States Trustee, and be filed with the Clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the Trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the Court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the Trustee with notice by the Trustee to the objecting party and the United States Trustee.

| Clerk of Court<br>United States Bankruptcy Court<br>515 W. First Street<br>Room 404<br>Duluth, MN 55802 | United States Trustee<br>1015 US Courthouse<br>300 South 4th Street<br>Minneapolis, MN 55415 | David G. Velde, Trustee<br>1118 Broadway<br>Alexandria, MN 56308<br>(320) 763-6561 |
|---|---|---|

Dated: September 26, 2019                                   /e/ David G. Velde, Trustee

T:\BMSW\QUIKDOCS\17-60631\17-60631 settlement re Citi.wpd

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  TRACY A HAZELTON<br>NATALIE L HAZELTON | CASE NO: 17-60631<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 7 |

On 9/26/2019, I did cause a copy of the following documents, described below,

NOTICE OF SETTLEMENT RE CITI

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 9/26/2019

/s/ DAVID G. VELDE TRUSTEE
DAVID G. VELDE TRUSTEE

1118 BROADWAY
ALEXANDRIA, MN  56308
320 763 6561

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE:  TRACY A HAZELTON<br>NATALIE L HAZELTON | CASE NO: 17-60631<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7 |

On 9/26/2019, a copy of the following documents, described below,

NOTICE OF SETTLEMENT RE CITI

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 9/26/2019

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
DAVID G. VELDE TRUSTEE

1118 BROADWAY
ALEXANDRIA, MN  56308

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| CASE INFO<br> LABEL MATRIX FOR LOCAL NOTICING<br>08646<br>CASE 17-60631<br>DISTRICT OF MINNESOTA<br>FERGUS FALLS<br>THU SEP 26 11-30-37 CDT 2019 | ALLY FINANCIAL INC<br>RIEZMAN BERGER PC<br>7700 BONHOMME 7TH FLOOR<br>ST LOUIS MO 63105-1960 | ASSOCIATED BANK NATIONAL ASSOCIATION<br>CO WINTHROP  WEINSTINE PA<br>ATTN- DANIEL C BECK<br>225 SOUTH SIXTH STREET<br>SUITE 3500<br>MINNEAPOLIS MN 55402-4629 |
| JOHN DEERE CONSTRUCTION  FORESTRY COMPANY<br>6400 NW 86TH ST<br>JOHNSTON IA 50131-2945 | KING ELECTRIC LLC<br>CO TURMAN  LANG LTD<br>505 N BROADWAY SUITE 207<br>PO BOX 110<br>FARGO ND 58107-0110 | PICKETT  DEMUTH LTD<br>115 N COURT STREET<br>FERGUS FALLS MN 56537-2106 |
| FERGUS FALLS   ST PAUL<br>200 WARREN E BURGER FEDERAL BUILDING AND<br>U S COURTHOUSE<br>316 N ROBERT ST<br>ST PAUL MN 55101-1495 | 1 29 TRUCK SHOP<br>1539 32ND AVE<br>BROOKINGS SD 57006-4731 | 3 D SPECIALTIES INC<br>PO BOX 1615<br>FARGO, ND 58107-1615 |
| A 1 AUTOMOTIVE SERVICE<br>2627 16TH AVENUE S<br>MOORHEAD MN 56560-3825 | ACME TOOLS<br>PO BOX 13720<br>GRAND FORKS ND 58208-3720 | ADVANCE GARAGE DOOR INC<br>PO BOX 3011<br>FARGO ND 58108-3011 |
| ADVANCED STRIPINGSEALCOATING<br>4711 6TH ST W<br>WEST FARGO ND 58078-4600 | AGC OF ND<br>PO BOX 1624<br>BISMARCK ND 58502-1624 | AGGREGATE INDUSTRIES<br>800 HOLIDAY DRIVE<br>UNIT 240<br>MOORHEAD MN 56560-4400 |
| AGGREGATE INDUSTRIES MWR INC<br>HALPERN LAW FIRM PLLC<br>10 SOUTH FIFTH ST STE 400<br>MPLS MN 55402-1021 | AGGREGATE INDUSTRIES INC<br>28098 NETWORK PLACE<br>CHICAGO IL 60673-1280 | ALLY<br>PO BOX 9001948<br>LOUISVILLE KY 40290-1948 |
| AMERICAN ENTERPRISES<br>310 7TH STREET NW<br>WEST FARGO ND 58078-1165 | AMERICAN LOGISTICS<br>PO BOX 7005<br>FARGO ND 58106-7005 | ANYTIME MOBILE TRUCK SERVICE<br>1920 25TH ST SOUTH<br>MOORHEAD MN 56560-3859 |
| ASSOCIATED BANK<br>WINTHROP  WESINSTINE PA<br>225 SOUTH SIXTH ST STE 3500<br>MINNEAPOLIS MN 55402-4629 | ASSOCIATED BENEFITS  RISK<br>7555 MARKET PLACE DR<br>EDEN PRAIRIE MN 55344-3637 | ALLY BANK<br>PO BOX 130424<br>ROSEVILLE MN 55113-0004 |
| AMERICREDIT FINANCIAL SERVICS DBA GM FINAN<br>PO BOX 183853<br>ARLINGTON TX 76096-3853 | ASSOCIATED BANK NATIONAL ASSOCIATION<br>WINTHROP  WEINSTINE PA MAR<br>225 SOUTH SIXTH STREET SUITE 3500<br>MINNEAPOLIS MN 55402-4629 | BL PLUMBING  EXCAVATING<br>409 5TH AVE E<br>LISBON ND 58054-4651 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

BARTON SAND  GRAVEL CO
PO BOX 1480
MAPLE GROVE MN 55311-6480

BAUER BUILT INC
902 38TH ST N
FARGO ND 58102-2914

BECKER COUNTY COURTHOUSE
913 LAKE AVE
DETROIT LAKES MN 56501-3403

BELL STATE BANK
3100 13TH AVE SOUTH
FARGO ND 58103-3507

BEMOBILE
3350 13TH AVE S
FARGO ND 58103-3576

BERTS TRUCK EQUIPMENT INC
PO BOX 336
MOORHEAD MN 56561-0336

BIERSCHBACH EQUIPMENT
PO BOX 1444
SIOUX FALLS SD 57101-1444

BIG CHIEF INC
22518 BIG CHIEF ROAD
FERGUS FALLS MN 56537-8211

BLUE CROSS BLUE SHIELD OF ND
PO BOX 6005
FARGO ND 58108-6005

BOHNENKAMP CONSTRUCTION
PO BOX 455
557 HWY 13 EAST
GWINNER ND 58040-0455

BORDER STATES PAVING INC
PO BOX 2586
FARGO ND 58108-2586

BRAUN INTERTEC CORPORATION
NW 7644
PO BOX 55485-1450
MINNEAPOLIS, MN 55485-1450

BRENCO CORPORATION
PO BOX 240
WEST FARGO ND 58078-0240

BROCK WHITE CONST MATERIALS
1425 41ST NW
FARGO ND 58102-2822

BUTLER MACHINERY COMPANY
PO BOX 9559
FARGO ND 58106-9559

BELL BANK
FKA BELL STATE BANK  TRUST
3100 13TH AVE S
FARGO ND 58103-3507

CABLE ONE
PO BOX 790408
PHOENIX AZ 85062

CAPITAL ONE NA
PO BOX 71067
CHARLOTTE NC 28272

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

CATEPILLAR FINANCIAL
PO BOX 905010
CHARLOTTE NC 28290-5010

CELLULAR COMMUNICATIONS INC
PO BOX 9858
FARGO ND 58106-9858

CERTIFIED LABORATORIES
23261 NETWORK PLACE
CHICAGO IL 60673-1232

CHS NORTHERN PLAINS
PO BOX 155
ASHLEY ND 58413-0155

CITY OF LAKE PARK
PO BOX 239
LAKE PARK MN 56554-0239

CITY OF MOORHEAD
PO BOX 779
MOORHEAD MN 56561-0779

CLAY COUNTY COURTHOUSE
807 11T STREET NORTH
MOORHEAD MN 56560-2069

CNH INDUSTRIAL CAPITAL AMERICA
PO BOX 3600
LANCASTER PA 17604-3600

Case 17-60631  Doc 60  Filed 09/26/19  Entered 09/26/19 13:32:56  Desc Main
Document  Page 6 of 12

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| COMENITY<br>PO BOX 659569<br>SAN ANTONIO TX 78265-9569 | COPY KAT PRINTING INC<br>1624 MAIN AVE S<br>MOORHEAD MN 56560-3066 | COUGAR TREE CARE INC<br>8104 GEMINI CIRCLE<br>FARGO ND 58104-7906 |
| CAPITAL ONE BANK USA NA<br>PO BOX 71083<br>CHARLOTTE NC 28272-1083 | DAKOTA FENCE<br>1110 25TH AVE N<br>FARGO ND 58102-1897 | DAKOTA FENCE<br>PO BOX 1408<br>FARGO ND 58107-1408 |
| DAKOTA HOSE  FITTINGS LP<br>PO BOX 2220<br>FARGO ND 58108-2220 | DAKOTA SUPPLY GROUP<br>PO BOX 2886<br>MINNEAPOLIS MN 55402-0886 | DAKOTA SUPPLY GROUP INC<br>2601 3RD AVE NORTH<br>FARGO ND 58102-4016 |
| DAKOTALAND AUTOGLASS INC<br>4502 15TH AVE N SUITE B<br>FARGO ND 58102-2866 | DAVIDSON CONSTRUCTION INC<br>65 STATE ST<br>NEWFOLDEN MN 56738-3000 | DEANS BULK SERVICE INC<br>PO BOX 249<br>BARNESVILLE MN 56514-0249 |
| DICKEY RURAL NETWORKS<br>PO BOX 69<br>ELLENDALE ND 58436-0069 | DOUG MJOLNESS CONSTRUCTION<br>11557 HWY 10<br>GLYNDON MN 56547-9587 | DYLAN THOMPSON<br>1402 13TH ST W APT 308<br>WEST FARGO ND 58078-4830 |
| ECLIPTIC TECHNOLOGIES INC<br>403 CENTER AVE STE 704<br>MOORHEAD MN 56560-1947 | EL ZAGAL SHRINE CIRCUS<br>1429 N 3RD ST<br>FARGO ND 58102-2743 | EQUIP TRANS SAND  GRAVEL INC<br>CONCEPT FINANCIAL GROUP<br>PO BOX 490700<br>MINNEAPOLIS MN 55449-0700 |
| EVCO PETROLEUM PRODUCTS INC<br>PO BOX 1726<br>DETROIT LAKES MN 56502-1726 | FARGO PARTS AND EQUIPMENT INC<br>4408 MAIN AVENUE<br>FARGO ND 58103-1130 | FARMERS UNION OIL<br>PO BOX 373<br>THIEF RIVER FALLS MN 56701-0373 |
| FARSTAD OIL INC<br>NE 7948<br>PO BOX 1450<br>MINNEAPOLIS MN 55485-1450 | FASTENAL COMPANY<br>PO BOX 978<br>WINONA MN 55987-0978 | FERGUSON WATERWORKS<br>PO BOX 802817<br>CHICAGO IL 60680-2817 |
| FISHER SAND  GRAVEL CO<br>PO BOX 1034<br>DICKINSON ND 58602-1034 | FM BUILDERS EXCHANGE<br>PO BOX 10076<br>FARGO ND 58106-0076 | FM DRAPERIES LLC<br>302 US 75<br>MOORHEAD MN 56560-2474 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| FORD CREDIT<br>PO BOX 552679<br>DETROIT MI 48255-2679 | FORTERRA BUILDING PRODUCTS<br>PO BOX 74008199<br>CHICAGO IL 60674-8199 | FOUR SEASONS ENTERPRISES<br>PO BOX 7037<br>FARGO ND 58106-7037 |
| FRAN HEITKAMP<br>PO BOX 9057<br>FARGO ND 58106-9057 | FRANCIS J HEITKAMP<br>5635 COUNTY RD 3<br>KINDRED ND 58051-9523 | FREDRIKSON BYRON PA<br>200 S 6TH ST<br>STE 4000<br>MINNEAPOLIS MN 55402-1425 |
| FIRST BANKCARD<br>PO BOX 2557<br>OMAHA NE 68103-2557 | FIRST NATIONAL BANK OF OMAHA<br>1620 DODGE STREET STOP CODE 3105<br>OMAHA NE 68197-0002 | GK SERVICES<br>PO BOX 824385<br>BOSTON MA 02284 |
| GENERAL EQUIP SUPPLIES INC<br>PO BOX 2145<br>FARGO ND 58107-2145 | GM FINANCIAL<br>PO BOX 79143<br>PHOENIX AZ 85062-9143 | HH TRANSPORT LLC<br>PO BOX 186<br>MOORHEAD MN 56561-0186 |
| HS CONTRACTING INC<br>1506 MAIN AVE 105<br>MOORHEAD MN 56560-3053 | HAMRE REPAIR LLC<br>4516 ADAMS DR<br>FARGO ND 58102-5416 | HANSEN BROS FENCE<br>319 ULYSSES ST NE<br>MINNEAPOLIS MN 55413-2602 |
| HARVEY SAND GRAVEL INC<br>PO BOX 213<br>HARVEY ND 58341-0213 | HCSS<br>1351 W AIRPORT BLVD<br>SUGAR LAND TX 77478 | HEARTLAND PROFESSIONAL CENTRE<br>1506 MAIN AVE SUITE 101<br>MOORHEAD MN 56560-3053 |
| HIGH POWER CRANE INC<br>PO BOX 183<br>WEST FARGO ND 58078-0183 | HOME BUILDERS ASSOC<br>OF FARGO MOORHEAD<br>1802 32ND AVE SOUTH<br>FARGO ND 58103-6747 | HOUSTON ENGINEERING INC<br>1401 21ST AVE NORTH<br>FARGO ND 58102-1814 |
| HOUSTON ENGINEERING INC<br>1401 21ST AVE N<br>FARGO ND 58102-1814 | INDUSTRIAL BUILDERS INC<br>PO BOX 406<br>FARGO ND 58107-0406 | INTERNAL REVENUE SERVICE<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JR LARSON GROUNDS MAINTENANCE<br>21716 KENRICK AVE STE 5<br>LAKEVILLE MN 55044-8039 | JD KRAEMER ENTERPRISES LLC<br>PO BOX 2303<br>FARGO ND 58108-2303 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

```
JDP ELECTRIC INC                    CJESSE KRUMP TRUCKING               JIFFY JONS INC
803 28TH ST S                       312 3RD ST SW                       PO BOX 310
FARGO ND 58103-2364                 HANKINSON ND 58041-4432             PELICAN RAPIDS MN 56572-0310


JIM AND LESLIE SULLIVAN             JIMMY JOHNNYS INC                   JOBSHQ
CO GREG ANDERSON  BROKER            39578 GRAND AVENUE                  PO BOX 6024
11737 COUNTY HIGHWAY 5              NORTH BRANCH MN 55056-5007          FARGO ND 58108-6024
LAKE PARK MN 56554-9145


JOHN DEERE FINANCIAL                JOHNSEN TRAILER SALES INC           JOHNSON JET LINE INC
PO BOX 4450                         PO BOX 1516                         16275 HWY 27 WEST
CAROL STREAM IL 60197-4450          BISMARCK ND 58502-1516              KENSINGTON MN 56343-8231


JR TRANSPORT                        KW BORING INC                       KALER DOELING PLLP
1009 3RD AVE NE 104                 15501 W HIGHWAY 31                  PO BOX 9231
DILWORTH MN 56529-2102              SPRINGFIELD NE 68059-4857           FARGO ND 58106-9231


KEY CONTRACTING INC                 KINETIC LEASING INC                 KING ELECTRIC LLC
245 7TH AVE NE                      PO BOX 9785                         7613 UNIVERSITY DR S
WEST FARGO ND 58078-1002            FARGO ND 58106-9785                 FARGO ND 58104-8016


KODRU EQUIPMENT INC                 KOMATSU FINANCIAL LIMITED PARTNERSHIP   KOTACO FUEL  PROPANE
3650 N CHESTNUT ST                  1701 W GOLF ROAD SUITE 1300         1902 7TH AVE N
CHASKA MN 55318-3044                ROLLING MEADOWS IL 60008-4208       FARGO ND 58102-3206


KING ELECTRIC LLC                   LABORERS FRINGE BENEFIT FUNDS       LAKESHORE RV PARK INC
TURMAN  LANG LTD                    PO BOX 124                          39445 LAKESHORE RV PARK RD
ATTN- KATRINA TURMAN LANG           MINNEAPOLIS MN 55440-0124           ORTONVILLE MN 56278-3203
PO BOX 110
FARGO ND 58107-0110


LAMPERT YARDS US LBM LLC            LANDMARK COMPANIES                  LARSON HELICOPTERS INC
4115 32ND AVE SW                    302 HWY 75 N                        PO BOX 186
FARGO ND 58104-8609                 MOORHEAD MN 56560-2474              PERHAM MN 56573-0186


LESMEISTER GRAVEL INC               LG EVERIST INC                      LOCAL 49 FRINGE FUNDS
7733 134TH AVE SE                   PO BOX 86                           PO BOX 313
LISBON ND 58054-9420                MINNEAPOLIS MN 55486-0086           MINNEAPOLIS MN 55440-0313
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| LUTHER FORD<br>3302 36TH ST S<br>FARGO ND 58104-5181 | LAMPERT YARDS   US LBM LLC<br>1850 COMO AVENUE<br>ST PAUL MN 55108-2715 | MJ AUTO PARTS INC<br>2301 MAIN AVE<br>FARGO ND 58103-1399 |
| MACS INC<br>5979 50TH AVE S<br>MOORHEAD MN 56560 | MARK HENRY<br>1218 18TH STREET S<br>MOORHEAD MN 56560-3127 | MARTIN OIL CO<br>PO BOX 1<br>BROOKINGS SD 57006-0001 |
| MELISSA TRONSON<br>302 14TH ST S<br>MOORHEAD MN 56560-2956 | MELLISSA JACOBSON<br>2633 7TH STREET W<br>WEST FARGO ND 58078-3064 | MERCHANTS BANK EQUIP FINANCE<br>MESSERLI   KRAMER PA<br>100 S FIFTH ST STE 1400<br>MINNEAPOLIS MN 55402-1217 |
| MIDWEST LANDSCAPING<br>PO BOX 7034<br>FARGO ND 58106-7034 | MILLER AIR CONSTRUCTION<br>425 MAUST WAY<br>HORACE ND 58047-4519 | MINNEAPOLIS CONCRETE RECYCLER<br>8297 BROOKLYN BLVD STE 2<br>MINNEAPOLIS MN 55445-2301 |
| MN CHILD SUPPORT CENTER<br>PO BOX 64306<br>SAINT PAUL MN 55164-0306 | MN DEPT OF EMPLOYMENT   ECON<br>332 MINNESOTA STREET<br>STE E200<br>SAINT PAUL MN 55101-1349 | MOORHEAD PUBLIC SERVICE<br>PO BOX 779<br>MOORHEAD MN 56561-0779 |
| MUTUAL OF OMAHA<br>PO BOX 36469<br>NEWARK NJ 07188-6406 | NARDINI FIRE EQUIPMENT<br>PO BOX 9707<br>FARGO ND 58106-9707 | NELSON INTERNATIONAL<br>PO BOX 2532<br>FARGO ND 58108-2532 |
| NELSON LEASING<br>PO BOX 993<br>WILLMAR MN 56201-0993 | NETWORK CENTER COMMUNICATION<br>2536 W MAIN AVE<br>WEST FARGO ND 58078-1310 | NORMAN COUNTY HIGHWAY DEPT<br>814 EAST MAIN STREET<br>ADA MN 56510-1318 |
| NORTH DAKOTA CHILD SUPPORT<br>PO BOX 7280<br>BISMARCK ND 58507-7280 | NORTH STAR TRUCK WASH INC<br>990 35TH ST N<br>FARGO ND 58102-3089 | NORTHERN ENGINE   SUPPLY INC<br>PO BOX 16285<br>DULUTH MN 55816-0285 |
| NORTHERN GEOTEXTILES INC<br>2714 MAIN AVE<br>FARGO ND 58103-6819 | NORTHERN PLAINS CONTRACTING<br>PO BOX 10<br>WOLVERTON MN 56594-0010 | NORTHSTAR SAFETY INC<br>794 WEST MAIN AVE<br>WEST FARGO ND 58078-1124 |

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

NORTH CENTRAL RENTAL  LEASING LLC    OBERG CONTRACTING LLC              OBERG CONTRACTING LLC
PO BOX 9559                          3686 80TH ST N                     7726 43RD AVE N
FARGO ND 58106-9559                  GLYNDON MN 56547-9421              GLYNDON MN 56547-9422




ODAY EQUIPMENT                       OPATRIL CONCRETE CONSTRUCTION      OTTOS WELDING  MACHINE SHOP
PO BOX 2706                          2635 20TH AVE S                    1920 SOUTH 23RD ST
FARGO ND 58108-2706                  MOORHEAD MN 56560-5925             MOORHEAD MN 56560-3899




PARAS CONTRACTING INC                PEMBERTON LAW FIRM                 PERSONAL TOUCH INC
PO BOX 9973                          110 N MILL STREET                  2600 24TH AVE S
FARGO ND 58106-9973                  FERGUS FALLS MN 56537-2135         MOORHEAD MN 56560-5907




PFAU STEEL BUILDING SYSTEMS          PFAU STEEL BUILDING INC            PHH MORTGAGE
800 38TH ST NW                       800 38TH ST NW                     PO BOX 5452
FARGO ND 58102-2959                  FARGO ND 58102-2959                MOUNT LAUREL NJ 08054-5452




PREMIUM WATERS                       PRO LANDSCAPERS LLC                PRODUCTIVITY PLUS ACCOUNT
4402 2ND AVE S 2                     1841 43RD ST N STE B               DEPT 93
FARGO ND 58103-1017                  FARGO ND 58102-2826                PO BOX 688912
                                                                        DES MOINES IA 50368-8912




PROLANDSCAPERS LLC                   PORTFOLIO RECOVERY ASSOCIATES LLC  QUANTUM3 GROUP LLC AS AGENT FOR
1841 43RD ST N STE B                 PO BOX 41067                       COMENITY BANK
FARGO, ND 58102-2826                 NORFOLK VA 23541-1067              PO BOX 788
                                                                        KIRKLAND WA 98083-0788




R J ZAVORAL  SONS INC                RADIO CONNECTIONS INC              RALPH T MAHLER
1706 BYGLAND RD SE                   1909 27TH ST S UNIT B              10402 SW TOWNLINE ROAD
P O BOX 435                          MOORHEAD MN 56560-3850             PELICAN RAPIDS MN 56572-9323
EAST GRAND FORKS MN 56721-0435




RDO EQUIPMENT CO                     REARDON OFFICE EQUIPMENT           REINER CONTRACTING INC
PO BOX 7160                          PO BOX 128                         21541 HWY 7 WEST
FARGO ND 58106-7160                  MOORHEAD MN 56561-0128             HUTCHINSON MN 55350-4340




RICHARD BAKKEN                       RISBERG                            RIVER BEND INDUSTRIES
1703  13TH ST                        PO BOX 954                         2421 16 AVE S
MOORHEAD MN 56560-3736               WEST FARGO ND 58078-0954           MOORHEAD MN 56560-3806
```

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| ROCK SOILD MASONRY INC<br>2508 WILLOW RD N<br>FARGO ND 58102-2137 | RP CAPITAL CORPORATION<br>5810 W 78TH ST STE 175<br>BLOOMINGTON MN 55439-2614 | SABIN C STORE<br>PO BOX 156<br>SABIN MN 56580-0156 |
| SAMS CLUB MCSYNCB<br>PO BOX 960013<br>ORLANDO FL 32896-0013 | SUNTRUST BANK<br>PO BOX 791144<br>BALTIMORE MD 21279-1144 | SYNCHRONY BANK<br>PO BOX 960061<br>ORLANDO FL 32896-0061 |
| STATE OF MINNESOTA<br>DEPT OF REVENUE<br>PO BOX 64447 - BKY<br>ST PAUL MN 55164-0447 | SYNCHRONY BANK<br>CO PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK VA 23541-1021 | TEEJAY STEVENS<br>7006 3RD STREET<br>LAKE PARK MN 56554-4231 |
| THE GUARANTEE COMPANY<br>JOSEPH NILAN<br>100 WASHINGTON AVE S STE 1550<br>MINNEAPOLIS MN 55401-2154 | THE HANOVER INSURANCE GROUP<br>PO BOX 580045<br>CHARLOTTE NC 28258-0045 | THREE RIVERS TRANSPORT<br>678 21ST AVE NORTH<br>WAHPETON ND 58075-3027 |
| TOWN  COUNTRY OIL CO<br>PO BOX 559<br>MOORHEAD MN 56561-0559 | TRUCK LICENSING<br>4141 38TH ST SW SUITE B<br>FARGO ND 58104-6919 | TWIN VALLEY TIRE INC<br>516 WEST 4TH AVE<br>MILBANK SD 57252-2201 |
| THE GUARANTEE COMPANY OF NORTH AMERICA USA<br>CO GREGERSON ROSOW JOHNSON  NILAN LTD<br>100 WASHINGTON AVE S SUITE 1550<br>MINNEAPOLIS MN 55401-2154 | ULTIMATE TRANSPORTATION<br>492 36TH ST SW<br>FARGO ND 58103-2220 | UNITED RENTALS INC<br>PO BOX 840514<br>DALLAS TX 75284-0514 |
| ~~EXCLUDE~~<br>~~US TRUSTEE~~<br>~~1015 US COURTHOUSE~~<br>~~300 S 4TH ST~~<br>~~MINNEAPOLIS MN 55415-3070~~ | VERIZON WIRELESS<br>PO BOX 25505<br>LEHIGH VALLEY PA 18002-5505 | VERN WHITTEN PHOTOGRAPHY<br>1518 7TH STREET SOUTH<br>FARGO ND 58103-4232 |
| VICTOR MARICHALAR<br>2830 7TH W APT 308<br>WEST FARGO ND 58078-6917 | VOGEL LAW FIRM LTD<br>PO BOX 1389<br>FARGO ND 58107-1389 | WALLWORK TRUCK CENTER<br>PO BOX 1819<br>FARGO ND 58107-1819 |
| WASTE MANAGEMENT<br>PO BOX 4648<br>CAROL STREAM IL 60197-4648 | WELLS FARGO BANK<br>600 S 4TH ST 13TH FLOOR<br>MINNEAPOLIS MN 55415-1526 | WELLS FARGO EQUIPMENT FINANCE<br>NW8178<br>PO BOX 4648<br>MINNEAPOLIS MN 55485-0001 |

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

| | | |
|---|---|---|
| WEST CENTRAL INITIATIVE<br>1000 WESTERN AVE<br>FERGUS FALLS MN 56537-4805 | WESTERN NATIONAL INS GROUP<br>PO BOX 59184<br>MINNEAPOLIS MN 55459-0184 | WEX BANK<br>PO BOX 6293<br>CAROL STREAM IL 60197-6293 |
| WINZER<br>PO BOX 671482<br>DALLAS TX 75267-1482 | WORKFORCE SAFETY  INSURANCE<br>CO BANK OF NORTH DAKOTA<br>PO BOX 5550<br>BISMARCK ND 58506-5550 | XCEL ENERGY<br>PO BOX 9477<br>MINNEAPOLIS MN 55484-0001 |
| ZIEGLER INC<br>SDS 120436<br>PO BOX 86<br>MINNEAPOLIS MN 55486-0086 | ~~EXCLUDE~~<br>~~DAVID G VELDE~~<br>~~1110 BROADWAY~~<br>~~ALEXANDRIA MN 56308-2530~~ | NATALIE L HAZELTON<br>4433 4TH ST S<br>MOORHEAD MN 56560-6739 |
| RYAN MURPHY<br>FREDRIKSON  BYRON PA<br>200 S SIXTH STREET<br>SUITE 4000<br>MINNEAPOLIS MN 55402-1425 | DEBTOR<br>TRACY A HAZELTON<br>4433 4TH ST S<br>MOORHEAD MN 56560-6739 | |