## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In RE:

TRACY A. HAZELTON,                                      Case No.: 17-60631

NATALIE L. HAZELTON,                                 Chapter 7

                     Debtors.

     David G. Velde, the Trustee in this matter, filed a Notice of Sale, Abandonment, Lease or Settlement on August 16, 2019. No objections were filed. Based upon all records herein,

IT IS ORDERED:

1.      The Trustee's Notice of Sale, Abandonment, Lease or Settlement is approved.

2.      The bankruptcy estate's interest is abandoned with respect to the following companies in which the Debtor has, or had, an interest, and the loans the Debtors gave to the companies:

     a.     H&H Transport, LLC, listed as insolvent on the day of the bankruptcy filing with no value;

     b.     Hazelton Land Co., LLC, listed as insolvent on the day of the bankruptcy filing with no value; and

     c.     H&S Contracting, Inc., which had ceased operations before the bankruptcy filing and listed as having no value.

Dated:   *September 26, 2019*

                         */e/ Michael E. Ridgway*
                         Michael E. Ridgway
                         Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/26/2019*
Lori Vosejpka, Clerk, by AMM