# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In RE:

| | |
|---|---|
| TRACY A. HAZELTON, | Case No.: 17-60631 |
| NATALIE L. HAZELTON, | Chapter 7 |
| Debtors. | |

## ORDER

David G. Velde, the Trustee in this matter, filed a Notice of Sale, Abandonment, Lease or Settlement on August 16, 2019. No objections were filed. Based upon all records herein,

IT IS ORDERED:

1. The Trustee's Notice of Sale, Abandonment, Lease or Settlement is approved.

2. The Trustee will sell to the Debtors for $1,505.37, the bankruptcy estate's interest in the following assets:
   a. Cash on hand with a petition value of $31.00;
   b. Checking account balances of $874.34; and
   c. Shotgun with a petition value of $600.00.

3. The Trustee will sell to the Debtors for $50,308.61, the bankruptcy estate's interest in HHE, LLC.

Dated: *September 26, 2019*

                                                      */e/ Michael E. Ridgway*
                                                      Michael E. Ridgway
                                                      Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *09/26/2019*
Lori Vosejpka, Clerk, by AMM

T:\BMSW\QUIKDOCS\17-60631\17-60631 order re 59 sale.wpd