# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re:

| | |
|---|---|
| TRACY A. HAZELTON, | Case No.: 17-60631 |
| NATALIE L. HAZELTON, | Chapter 7 |
| Debtors. | |

## ORDER

This matter came before the court upon the motion of David G. Velde, Trustee, Based upon the record arising from said motion,

IT IS ORDERED THAT:

1. The Trustee's Notice is approved.

2. The Trustee will settle the bankruptcy estate's interest in an alleged preference to Citibank, N.A., in the amount of $1,597.16 for a payment of $1,000.00 from Citibank, N.A.

3. Such further relief as the court deems just and equitable.

*December 11, 2019*

*/e/ Michael E. Ridgway*
Michael E. Ridgway
Chief United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on **12/11/2019**
Lori Vosejpka, Clerk, by AMM