

**m** **DEPARTMENT OF REVENUE**

April 20, 2020

ID: XXX-XX-4212
Letter ID: L0101926944

#BWBBMRR
#0000 0010 1926 9446#
UNITED STATES BANKRUPTCY COURT
DIST OF MN - FERGUS FALLS
FEDERAL BLDG ROOM 404
515 W 1ST ST, STE 404
DULUTH, MN 55802-1396

RECEIVED

## The Minnesota Department of Revenue is withdrawing a claim

We are withdrawing claim 10 filed on January 08, 2018 for **$55,034.86**, without prejudice.

Debtor name:   TRACY HAZELTON, NATALIE HAZELTON
Debtor ID:     XXX-XX-4212, XXX-XX-8697
Case:          17-60631
Chapter:       7

### Contact information
Collection Division
Phone: 651-556-6378 or 1-800-657-3909 (toll-free)
Email: mdor.bkysec@state.mn.us
Fax: 651-282-2817

### Mailing address
Minnesota Revenue
PO Box 64447 - BKY
St. Paul, MN 55164-0447

STATE OF MINNESOTA
Commissioner of Revenue

by: *[signature]*

---

600 N. Robert St., St. Paul, MN 55101
www.revenue.state.mn.us

An equal opportunity employer
*This material is available in alternate formats.*